OPINION — AG — ** VETERINARY MEDICINE — LICENSE TO TEACH ** QUESTION: CAN A " CLINICIAN " EMPLOYED ON A SALARY BASIS BY THE SCHOOL OF VETERINARY MEDICINE OF OKLAHOMA, TO TEACH STUDENTS TO SAID SCHOOL, IS REQUIRED TO " HOLD A LICENSE TO PRACTICE VETERINARY MEDICINE IN OKLAHOMA " ? — NEGATIVE (REQUIREMENTS, ELIGIBILITY, CERTIFICATION, TEACHERS, EDUCATION, QUALIFICATIONS) CITE: 59 O.S. 677 [59-677], 59 O.S. 687 [59-687], 59 O.S. 676 [59-676], 59 O.S. 697 [59-697] (FRED HANSEN)